UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Trustees of International Union of Painters and Allied
Trades District Council 711 Health & Welfare Fund, et. al.,

v.

United Metal and Glass, Inc, a.k.a. United Metals Glass, Inc.

Civil Action No. 2:21-cv-09948-MCA-AME

**DISCLOSURE STATEMENT**

The undersigned counsel for Plaintiffs, Trustees of International Union of Painters, et. al. certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

Daniel A. Horowitz, Esquire
Print Name

07/08/2021
Date

O'Brien, Belland & Bushinsky, LLC
Name of Firm

509 S. Lenola Road, Building 6
Address

Moorestown, NJ 08057
City/State/ZIP Code

DNJ-CMECF-005 (5/2/08)