UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 VACATION FUND; TRUSTEES OF PAINTERS DISTRICT COUNCIL 711 FINISHING TRADES INSTITUTE; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 VACATION FUND; PAINTERS DISTRICT COUNCIL 711 FINISHING TRADES INSTITUTE; AND INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711,<br><br>                              *Plaintiffs,*<br>       v.<br><br>UNITED METAL AND GLASS, INC., a/k/a UNITED METALS GLASS, INC.;<br><br>                              *Defendant.* | Civil Action No.: 2:21-cv-09948 |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

For the instant litigation this party has not received any non-recourse funding for

attorneys' fees or expenses from any person or entity that is not a party.

Respectfully submitted,

**O'Brien, Belland & Bushinsky, LLC**

*Attorneys for Plaintiffs*

By: _____
Daniel A. Horowitz, Esquire
509 S. Lenola Road
Building 6
Moorestown, NJ 08057
856-795-2181/Fax: 856-581-4214
dhorowitz@obbblaw.com

Dated: July 8, 2021