**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181/Fax: 856-581-4214
By:   Daniel A. Horowitz, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND;<br><br>*Plaintiffs,*<br>v.<br><br>UNITED METAL AND GLASS, INC. a/k/a UNITED METAL GLASS, INC.;<br>*Defendant.* | No: 2:21-cv-09948-MCA-AME<br><br>*Civil Action*<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. Civ. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through undersigned counsel, hereby voluntary dismiss the instant action against United Metal and Glass, Inc. a/k/a United Metal Glass, Inc. without costs and without prejudice.

**O'BRIEN, BELLAND & BUSHINSKY, LLC**

*Attorneys for Plaintiffs*


By: */s/ Daniel A. Horowitz*
     Daniel A. Horowitz, Esquire

Dated: July 20, 2021